UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
NALIA MILIEN,

                Plaintiff,

   -v-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------

**ORDER**

CV 10-2447 (JG)

**JOHN GLEESON, U.S.D.J.**

Schedule:

- The administrative record shall be filed by __8/30/2010__.

- The Commissioner's Motion for Judgment on the Pleadings shall be filed by __9/13/2010__.

- Opposition to Motion (and any Cross-Motion) to be filed on or before __9/27/2010__.

- Motion(s) for Judgment on the Pleadings to be **argued on** __10/8/2010 at 11:30 AM__.

Plaintiff filed the complaint on __5/28/2010__. The parties are directed to adhere to the following policies, which the Eastern District of New York's Board of Judges has adopted for expediting the disposition of Social Security cases.

1. Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall file by the date set forth above, unless an extension is granted by order of the Court for good cause. If defendant is unable to file the record by

that date, then the Court should be notified in writing by that date. Such notification should include a request for an extension, which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

2. The plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefore.

3. Oral argument may not be waived. Requests for adjournments of hearing dates shall not be routinely granted.

SO ORDERED.

S/Judge Gleeson

_____
JOHN GLEESON, U.S.D.J.

DATED: Brooklyn, New York
June 7, 2010